THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LILLIAN M. TYLER, Appellant. — Judgment unanimously reversed, on the law, and indictment dismissed (see *People v Green,* 53 NY2d 651). (Appeal from judgment of Monroe County Court, Maas, J. — criminal possession of forged instrument, second degree.) Present — Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD SHARON, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant's assertion that his conviction of criminal use of a firearm is duplicative of the conviction of first degree robbery has not been preserved for appeal (see *People v Bones,* 103 AD2d 1012). We have considered defendant's other arguments and find them to be without merit. (Appeal from judgment of Supreme Court, Erie County, Marshall, J. — robbery, first degree, and other charges.) Present — Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ.